Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23–21526–JNP
        Chapter:  7
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacquelin L Branks
   1301 Hancock Drive
   Apartment 7
   Barrington, NJ 08007

Social Security No.:
   xxx–xx–6216

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I _Elizabeth Grassia_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

541 Foster Ave, Vineland, NJ

Dated: February 7, 2024
JAN: eag

                                      Jeanne Naughton
                                      Clerk