| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jacquelin L Branks<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6216<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    23–21526–JNP | | |

## Order of Discharge                                                                                            12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jacquelin L Branks


<u>3/15/24</u>                                                            **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21526-JNP |
| Jacquelin L Branks | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 15, 2024 | Form ID: 318 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelin L Branks, 1301 Hancock Drive, Apartment 7, Barrington, NJ 08007-1624 |
| 520126776 | #+ | Advantage Therapy Centers, 1001 Briggs road, Ste 270, Mount Laurel, NJ 08054-4105 |
| 520126808 | + | Ally Credit Card, P.O. Box 1832, Wilmington, DE 19899-1832 |
| 520126777 | + | Cherry Hill SNJOS, 17 West Ormond Ave, Cherry Hill, NJ 08002-3041 |
| 520126815 | | Credit Control LLC, 330 Rider Trail S., ste 500, Earth City, MO 63045 |
| 520126782 | + | Egg Harbor Family Dental, 3003 English Creek Ave., Ste D1, Egg Harbor Township, NJ 08234-4878 |
| 520126783 | + | Emergency Phy Assoc of S Jer, Attn HRRG, P.O. Box 5406, Cincinnati, OH 45273-0001 |
| 520126784 | + | Enzo Clinical Labs, P.O. Box 205621, Dallas, TX 75320-5621 |
| 520126819 | ++ | FIRST FINANCIAL RESOURCES INC, 495 OLD CONNECTICUT PATH, SUITE 220, FRAMINGHAM MA 01701-4567 address filed with court:, First Financial Resources, 495 Old Connecticut Path, Ste 220, Framingham, MA 01701 |
| 520126775 | + | Gross Polowy, 1775 Wehrle Drive, Ste 400, Buffalo, NY 14221-7093 |
| 520126786 | + | Jefferson Hospital, 833 Chestnut St., Ste 115, Philadelphia, PA 19107-4401 |
| 520126787 | + | Kennedy Hospital/HRRG, 3585 Ridge Park Dr., Akron, OH 44333-8203 |
| 520126789 | | Landis Sewerage Authority, 1176 S. Mill Road, Vineland, NJ 08360 |
| 520126791 | + | Mid Atlantic Anesthesia Assoc., P.O. Box 8505, Cherry Hill, NJ 08002-0505 |
| 520109681 | + | Ocwen Loan Servicing, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 520109685 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 520126793 | + | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 520126797 | + | South Jersey Radiology Assoc, 1307 White Horse Road, Ste A102, Voorhees, NJ 08043-2100 |
| 520126803 | + | The Home Products, Time Investment Co, P.O. Box 248, West Bend, WI 53095-0248 |
| 520126804 | + | The Spot on the Ave, 618 East Landis Ave., Vineland, NJ 08360-8007 |
| 520126830 | + | Union Grove Apartments, 1200 Clements Bridge Rd, Barrington, NJ 08007-1651 |
| 520126805 | + | Vineland MUA, Nonpriority Creditor's Name, 640 E. Wood Street, P.O. Box 1508, Vineland, NJ 08362-1508 |
| 520126806 | + | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053-4160 |
| 520126807 | + | Zarett Rehba Assoc., 520 South 19th St., Philadelphia, PA 19146-1449 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2024 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2024 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520109662 | + | Email/Text: backoffice@affirm.com | Mar 15 2024 21:22:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520109663 | | EDI: GMACFS.COM | Mar 16 2024 00:42:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520126809 | ^ | MEBN | | |

Case 23-21526-JNP   Doc 17   Filed 03/17/24   Entered 03/18/24 00:16:07   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 318 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 15 2024 21:03:23 | Alpha Reovery, 6912 S. Quentin St., Unit 10, Englewood, CO 80112-4531 |
| 520126810 | ^ | MEBN | | |
| | | | Mar 15 2024 21:00:39 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520109669 | | Email/Text: bankruptcy@creditkarma.com | | |
| | | | Mar 15 2024 21:20:00 | Credit Karma/Credit Builder, Attn: Bankruptcy, 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 520126811 | + | Email/Text: bankruptcy@usecapital.com | | |
| | | | Mar 15 2024 21:22:00 | Capital Accounts, P.o. Box 140065, Nashville, TN 37214-0065 |
| 520109664 | + | Email/Text: bankruptcy@usecapital.com | | |
| | | | Mar 15 2024 21:22:00 | Capital Accounts, Inc, Attn: Bankruptcy, P.O. Box 680608, Nashville, TN 37068-0608 |
| 520127099 | + | EDI: CAPITALONE.COM | | |
| | | | Mar 16 2024 00:42:00 | Capital One, Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 520109665 | + | EDI: CAPITALONE.COM | | |
| | | | Mar 16 2024 00:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520109666 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Mar 15 2024 21:22:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 520126812 | ^ | MEBN | | |
| | | | Mar 15 2024 21:00:29 | Cawley & Bergman, 550 Broad St., Ste 1001, Newark, NJ 07102-4542 |
| 520109667 | + | EDI: CITICORP | | |
| | | | Mar 16 2024 00:45:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520126813 | + | Email/Text: mediamanagers@clientservices.com | | |
| | | | Mar 15 2024 21:18:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 520109668 | | EDI: WFNNB.COM | | |
| | | | Mar 16 2024 00:45:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 520126779 | + | EDI: WFNNB.COM | | |
| | | | Mar 16 2024 00:45:00 | Commenity/Boscovs, P.O. Box 182125, Columbus, OH 43218-2125 |
| 520126814 | + | EDI: CCS.COM | | |
| | | | Mar 16 2024 00:45:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520126816 | + | Email/Text: ebankruptcy@cbamacon.com | | |
| | | | Mar 15 2024 21:21:00 | Creditor Bureau Assoc., 112 Ward St., Macon, GA 31204-3147 |
| 520126817 | ^ | MEBN | | |
| | | | Mar 15 2024 21:01:41 | D&A Services, 1400 E. Touhy Ave., Ste G2, Des Plaines, IL 60018-3338 |
| 520109670 | | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Mar 15 2024 21:11:57 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 520109671 | + | EDI: DISCOVER | | |
| | | | Mar 16 2024 00:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520109672 | + | EDI: DISCOVERPL | | |
| | | | Mar 16 2024 00:45:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520126818 | ^ | MEBN | | |
| | | | Mar 15 2024 20:59:22 | Dynamic Recovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 520109673 | | Email/Text: EBNBKNOT@ford.com | | |
| | | | Mar 15 2024 21:22:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 520126820 | ^ | MEBN | | |
| | | | Mar 15 2024 21:03:57 | HRRG Collections, PO Box 5406, Cincinnati, OH 45273-0001 |
| 520109674 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 15 2024 21:19:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520109675 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Mar 15 2024 21:20:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |

Case 23-21526-JNP    Doc 17    Filed 03/17/24    Entered 03/18/24 00:16:07    Desc Imaged
                               Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 318 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 520109676 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 21:12:33 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520109680 | | Email/Text: EBN@Mohela.com | Mar 15 2024 21:20:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520109677 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 21:21:00 | Midland Credit Management, Inc., 8875 Aero Drive, San Diego, CA 92123-2255 |
| 520109678 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 21:21:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520109679 | + | EDI: AISMIDFIRST | Mar 16 2024 00:42:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520126821 | + | Email/Text: compliance@monarchrm.com | Mar 15 2024 21:20:00 | Monarch Recovery Managment, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 520109682 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 21:11:59 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520109683 | | EDI: PRA.COM | Mar 16 2024 00:45:00 | Portfolio Recovery Associates, ATTN: Thomas Murtha, Esq., 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 520109684 | | EDI: PRA.COM | Mar 16 2024 00:45:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520126822 | | Email/Text: bk-notification@sps-law.com | Mar 15 2024 21:19:00 | Portnoy Schneck, 3705 Quakerbridge Rd., Ste 116, Trenton, NJ 08619 |
| 520127116 | + | EDI: PRA.COM | Mar 16 2024 00:45:00 | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 520126823 | + | Email/Text: ngisupport@radiusgs.com | Mar 15 2024 21:19:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 520126824 | | Email/Text: EBN@seliplaw.com | Mar 15 2024 21:20:00 | Selip & Stylianou LLP, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653 |
| 520126799 | + | EDI: SYNC | Mar 16 2024 00:42:00 | SYNCB/Amazon, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520126800 | + | EDI: SYNC | Mar 16 2024 00:42:00 | SYNCB/Lowes, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520126794 | ^ | MEBN | Mar 15 2024 21:04:06 | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 520109686 | + | EDI: SYNC | Mar 16 2024 00:42:00 | Syncb/lenscrafters, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520109687 | + | EDI: SYNC | Mar 16 2024 00:42:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520126801 | + | EDI: SYNC | Mar 16 2024 00:42:00 | Synchrony/PayPal, PO Box 960006, Orlando, FL 32896-0006 |
| 520126802 | + | EDI: WTRRNBANK.COM | Mar 16 2024 00:45:00 | Target, Attn Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520109688 | + | EDI: WTRRNBANK.COM | Mar 16 2024 00:45:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520109689 | + | Email/Text: bankruptcy@timeinvestment.com | Mar 15 2024 21:21:00 | Time Investment Company, Inc., Attn: Bankruptcy, 100 North 6th Avenue, West Bend, WI 53095-3306 |
| 520109690 | + | EDI: WFFC2 | Mar 16 2024 00:45:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 520126825 | + | Email/Text: bkfilings@zwickerpc.com | | |

Mar 15 2024 21:22:00    Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520126790 | | Live Urgent Care, NO ADDRESS PROVIDED |
| 520126798 | | Southern NJ Oral Surgery, First Financial Resources, NO ADDRESS PROVIDED |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Brad J. Sadek | on behalf of Debtor Jacquelin L Branks bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4