UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____23-21526_____ |
| Jacquelin L Branks | Hearing Date: _____3/19/2024_____ |
| | Judge: _____Poslusny_____ |
| | Chapter: _____7_____ |

Recommended Local Form:   ❐  Followed     ❐  Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
_____Motioin for Relief From Stay_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 19, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____1/24_____, 20 24  by
_Denise Carlon, Esq_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*rev. 8/1/15*