UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on March 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jacquelin L Branks

| | |
|---|---|
| Case No.: | 23-21526 |
| Hearing Date: | 3/19/2024 |
| Judge: | Poslusny |
| Chapter: | 7 |

Recommended Local Form:    ❏  Followed        ❏  Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

Motioin for Relief From Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 19, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____1/24_____, 20 24  by

__Denise Carlon, Esq_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is


ORDERED that the aforesaid motion or application is denied.


The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 23-21526-JNP

Jacquelin L Branks                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelin L Branks, 1301 Hancock Drive, Apartment 7, Barrington, NJ 08007-1624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Brad J. Sadek | on behalf of Debtor Jacquelin L Branks bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4