Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  23–21526–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jacquelin L Branks
  1301 Hancock Drive
  Apartment 7
  Barrington, NJ 08007
Social Security No.:
  xxx–xx–6216
Employer's Tax I.D. No.:

_____

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 12, 2024</u>          <u>Jerrold N. Poslusny Jr.</u>
                                      Judge, United States Bankruptcy Court